Howard L. Williams
State Bar Number: #207242
910 Court St,
Martinez, CA 94553-1731
925-257-2946
howardwilliams@icloud.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Guida Maria Dennis,<br><br>　　　Plaintiff,<br><br>vs.<br><br><br>Jennifer Marroquin,<br>Ira Porchia<br>Philip Pierschbacher,<br>Cherry Ave Middle School,<br>Tulare City School District,<br>County of Tulare,<br>&<br>Does 1-100<br><br>　　　Defendants, | Case No. 1:22-cv-00045-JLT-BAM<br><br>Temporary Restraining Order<br><br>Proposed Order<br><br><br>Date: TBD<br>Time: TBD<br>Dept: TBD |

***TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE NAMED DEFENDANTS PARTY TO THIS LAWSUIT:***

PLEASE TAKE NOTICE that on the above listed date and time, or as soon thereafter as counsel can be heard, PLAINTIFF Guida Dennis, (hereafter referred to as Plaintiff) through counsel, will move the court for an order granting her Temporary Restraining Order.

1

Upon noticed motion by the moving party, and it appearing to the court from the records on file in this case, and from the foregoing petition and supplement, that the Plaintiff herein, is eligible for the Temporary Restraining Order relief requested.  The court specifically orders the following:

1. Defendants are stayed from requiring Plaintiff to submit to weekly COVID-19 testing under Tulare City School District 9/28/21 "Memorandum Of Understanding" COVID-19 Employee Testing Requirement, as a condition precedent of her continued employment for the duration this temporary restraining order is in effect.
   Yes____   No_____

2. Defendants are stayed from unilaterally modifying Plaintiff's existing contract of employment to require the mandatory medical disclosures of COVID-19 Vaccination status for the duration this temporary restraining order is in effect.
   Yes____   No_____

3. Defendants are stayed from implementation of the Tulare City School District policy of mandating any disclosure of past medical treatment relating to COVID-19 as a condition precedent of ANY Tulare City School District employees continued employment for the duration this temporary restraining order is in effect.
   Yes____   No_____

4. Defendants are stayed from implementation of the 9/28/21 policy requiring Tulare City School District employees to COVID test at the job site for the duration this temporary restraining order is in effect.
   Yes____   No_____

5. Defendants are stayed from implementation of the district policy of mandating any disclosure of past medical treatment as a condition precedent of ANY Tulare City School District employees continued employment for the duration this temporary restraining order is in effect.
   Yes____   No_____

6. Defendants are stayed from receiving any future disclosure of past medical treatment and history without first obtaining authorized consent in strict compliance with Cal. Civ. Code §

2

56.21 for ANY Tulare City School District employees for the duration this temporary restraining order is in effect.

                         Yes____      No_____

7. Defendants are ordered to review and destroy any records relating to Plaintiff's medical history which were obtained after September 28, 2021, without first receiving authorized disclosures under Cal. Civ. Code § 56.21.

                         Yes____      No_____

8. Defendants are ordered to review and destroy any records relating to ANY Tulare City School District employee whose medical history was obtained after September 28, 2021 without first receiving authorized disclosures under Cal. Civ. Code § 56.21.

                         Yes____      No_____

9. Defendants are stayed from terminating the Plaintiff's employment or placing the Plaintiff on unpaid leave from work as punishment or retaliation for filing this lawsuit, for the duration this temporary restraining order is in effect.

                         Yes____      No_____

10. Defendants are stayed from preventing the Plaintiff from performing the duties she was hired to perform as punishment or retaliation for filing this lawsuit, for the duration this temporary restraining order is in effect.

                         Yes____      No_____

11. Defendants are stayed from modify or changing Plaintiff's duties as an employee with Tulare City School District. The court orders the TCSD to abide by the terms and conditions of the original contract they signed with the Plaintiff for the duration this temporary restraining order is in effect.

                         Yes____      No_____

12. Plaintiffs requests that the court requires a Defendants to post a bond should the court deem that a bond is necessary in the amount to be allocated by the court pursuant to Local Rule 151(a)

and the following statutes; 18 U.S.C. § 3141 et seq., 31 U.S.C. § 9301 et seq.; Fed. R. App. P. 7, 8; Fed. R. Civ. P. 65, 65.1; Fed. R. Crim. P. 46.

Yes____    No_____    Amount Set_____

13. This Temporary Restraining order shall be in effect starting on the date: _____ and ending on the date: _____.

I hereby make a finding that plaintiff is entitled to the relief request and the Temporary Restraining Order is GRANTED; either in full or in part as specified in the itemized numerical orders above. This order is executed on the date specified below under the full authority of the Federal Judiciary via the District Court of Eastern District of California (Fresno); all the governing applicable law and the Untied States Constitution. This order shall take effect for the duration specified in this order and shall only be amended or extended upon a showing of cause by the party seeking the modification. It is hereby ordered that all the parties named in order to abide it until set time as a preliminary injunction can be heard or be subject to sanctions, bond forfeiture or any other remedy the Court deems appropriate.

Signed:_____                    Dated:_____

This order is based the following Notice of Motion/Notice of Ex Party Proceeding (to be determined upon assignation of hearing date by this Court), on the memorandum of points and authorities served and filed herewith, on the included exhibits, on such supplemental memoranda of points and authorities as may be filed hereafter with the court, and on such oral argument as may be presented at the hearing on this motion.

_____
Howard Williams