Howard L. Williams
State Bar Number: #207242
910 Court Street
Martinez, CA 94553-1731
925-257-2946
howardwilliams@icloud.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Guida Maria Dennis,<br><br>    Plaintiff,<br><br>vs.<br><br>Jennifer Marroquin,<br>Ira Porchia,<br>Philip Pierschbacher,<br>Cherry Ave Middle School,<br>Tulare City School District,<br>County of Tulare,<br>&<br>Does 1-100<br><br>    Defendants, | Case No. 1:22-cv-00045-JLT-BAM<br><br><br>Temporary Restraining Order<br><br><br><br>Date:<br>Time:<br>Dept: |

***TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE NAMED DEFENDANTS PARTY TO THIS LAWSUIT:***

PLEASE TAKE NOTICE that on the above listed date and time, or as soon thereafter as counsel can be heard, PLAINTIFF Guida Dennis, (hereafter referred to as Plaintiff) through counsel, will move the court for an order granting her Temporary Restraining Order.

Upon noticed motion by the moving party, and it appearing to the court from the records on file in this case, and from the foregoing petition and supplement, that the defendant herein, is

1

eligible for a hearing date on the issue of a Preliminary Injunction.  It is hereby ordered that a Preliminary Injunction hearing is granted and, the parties subject to the lawsuit are ordered to abide by it until set time as a preliminary injunction can be heard.  The court specifically orders the following:

    The hearing on this matter shall be set for the following date and time:

    _____

    All parties specifically provide the court with a motion for preliminary injunction, and briefs in support or opposition to the matter.

    The following is the ordered date for the filing of responsive papers:

        Date:    Time:    Dept:

    The following is the amount of the bond requested, if any,

    _____

    The following is the date and hour of issuance of the Temporary Restraining Order:

        Date:    Hour:

    This order is based the following notice of motion or Ex Parte Proceeding, on the memorandum of points and authorities served and filed herewith, on the included exhibits, on such supplemental memoranda of points and authorities as may be filed hereafter with the court, and on such oral argument as may be presented at the hearing on this motion.

Signed,

_____