James D. Weakley, Esq.      Bar No. 082853
Leslie M. Dillahunty, Esq.  Bar No. 195262
David González, Esq.        Bar No. 333121

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Leslie@walaw-fresno.com
David@walaw-fresno.com

Attorneys for Defendants, Tulare City School District, Jennifer Marroquin, Ira Porchia, Phillip Pierschbacher, and Cherry Ave Middle School

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Guida Dennis,<br><br>    Plaintiff,<br><br>vs.<br><br>Tulare City School District,<br>County of Tulare,<br>Jennifer Marroquin,<br>Ira Porchia,<br>Phillip Pierschbacher,<br>Cherry Ave Middle School,<br>&<br>Does 1-100<br><br>    Defendants. | CASE NO. 1:22-CV-00045-JLT-BAM<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS TULARE CITY SCHOOL DISTRICT, JENNIFER MARROQUIN, IRA PORCHIA, PHILLIP PIERSCHBACHER, AND CHERRY AVE MIDDLE SCHOOL**<br><br>Complaint Filed: January 11, 2022<br>Trial Date: TBA |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT James D. Weakley and Leslie M. Dillahunty of Weakley & Arendt, a Professional Corporation, shall be additional counsel for Defendants. Weakley & Arendt, a Professional Corporation is located at 5200 N. Palm Avenue, Suite 211, Fresno, California 93704, telephone number (559) 221-5256, and facsimile number (559) 221-5262.

///

///

_____

Notice of Association of Counsel for Defendants

1 | James D. Weakley and Leslie M. Dillahunty hereby make their formal appearance as
2 | counsel of record for Defendants in this matter pursuant to Local Rule 182(a)(2)(i) and (ii).

DATED: February 1, 2022

WEAKLEY & ARENDT
A Professional Corporation

By: */s/David González*
James D. Weakley
Leslie M. Dillahunty
David González
Attorneys for Defendants,
Tulare City School District, Jennifer Marroquin, Ira Porchia, Phillip Pierschbacher, and Cherry Ave Middle School