James D. Weakley, Esq.       Bar No. 082853
Leslie M. Dillahunty, Esq.   Bar No. 195262
David González, Esq.         Bar No. 333121

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Leslie@walaw-fresno.com
David@walaw-fresno.com

Attorneys for Defendants, Tulare City School District, Jennifer Marroquin, Ira Porchia, Phillip Pierschbacher, and Cherry Ave Middle School

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guida Dennis,<br><br>    Plaintiff,<br><br>vs.<br><br>Tulare City School District,<br>County of Tulare,<br>Jennifer Marroquin,<br>Ira Porchia,<br>Phillip Pierschbacher,<br>Cherry Ave Middle School,<br>&<br>Does 1-100<br><br>    Defendants. | CASE NO. 1:22-CV-00045-JLT-BAM<br><br>**NOTICE OF MOTION TO DISMISS &<br>MOTION TO DISMISS**<br><br>Date: April 6, 2022<br>Time: 9:00 a.m.<br>Ctrm: 4, 7th Floor<br>The Honorable Jennifer L. Thurston<br><br><br><br><br><br>Complaint Filed: January 11, 2022<br>Trial Date: TBA |

    PLEASE TAKE NOTICE THAT on April 22, 2022 at 9:30 a.m., or as soon thereafter as the court matter can be heard in Courtroom 4, 7th Floor of the above-entitled court, Defendants Tulare City School District, Jennifer Marroquin, Ira Porchia, Phillip Pierschbacher, and Cherry Ave Middle School will and hereby do, move this court pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 12(b)(7), and Fed. R. Civ. P. 19 for an order to dismiss Plaintiff Guida Dennis' Complaint on the following grounds:

    1.    The Eleventh Amendment bars Plaintiff's First, Second, and Third Causes of Action;

  2. Defendants Jennifer Marroquin, Ira Porchia, Phillip Pierschbacher, and Cherry Ave Middle School are redundant defendants;

  3. Defendants' COVID mitigation measures do not violate Plaintiff's rights under the California Confidentiality of Medical Information pursuant to Cal. Civ. C. § 56 *et seq.*; and

  4. Plaintiff's failure to join indispensable parties;

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed herewith, and on the records and files of this matter, and on such oral and documentary evidence as may be presented at the hearing of this motion.

**A. MEET AND CONFER REQUIREMENT**

Counsel for Defendants attempted to meet and confer with Plaintiff's counsel regarding this motion through a letter correspondence, email correspondence, and telephonically without success.

**B. STATEMENT OF RELIEF SOUGHT**

This motion seeks dismissal of all claims asserted against Defendants without leave to amend.

DATED: March 1, 2022       WEAKLEY & ARENDT
                 A Professional Corporation

           By: */s/David González*
              James D. Weakley
              Leslie M. Dillahunty
              David González
              Attorneys for Defendants,
              Tulare City School District, Jennifer Marroquin,
              Ira Porchia, Phillip Pierschbacher, and
              Cherry Ave Middle School