ALESHIRE & WYNDER, LLP
DAVID GONZALEZ, State Bar No. 333121
  *dgonzalez@awattorneys.com*
2440 Tulare Street, Suite 410
Fresno, California 93721
Telephone: (559) 445-1580
Facsimile: (559) 486-1568

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GUIDA DENNIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE CITY SCHOOL DISTRICT, ET AL,<br><br>　　　　Defendants. | Case No. 1:22-CV-00045-JLT-BAM<br><br>NOTICE OF DISASSOCIATION OF COUNSEL |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that Attorney David Gonzalez is no longer counsel of record for Defendants, TULARE CITY SCHOOL DISTRICT, JENNIFER MARROQUIN, IRA PORCHIA, PHILLIP PIERSCHBACHER, AND CHERRY AVE MIDDLE SCHOOL.

Please remove the following from your service list:

David Gonzalez, Esq.
Aleshire & Wynder, LLP
2440 Tulare Street, Suite 410
Fresno, California 93721
Telephone: (559) 445-1580
Email: dgonzalez@awattorneys.com

///

///

NOTICE OF DISASSOCIATION OF COUNSEL

Weakley & Arendt, PC and the remaining listed counsel remain counsel of record for Defendants, TULARE CITY SCHOOL DISTRICT, JENNIFER MARROQUIN, IRA PORCHIA, PHILLIP PIERSCHBACHER, AND CHERRY AVE MIDDLE SCHOOL.

DATED: June 3, 2022                ALESHIRE & WYNDER, LLP

By:    /s/ David Gonzalez
      DAVID GONZALEZ


