Howard Williams
State Bar Number: #207242
910 Court St,
Martinez, CA 94553-1731
925-257-2946
howardwilliams@icloud.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guida Dennis,<br><br>Plaintiff,<br><br>vs.<br><br>Tulare City School District,<br>County of Tulare,<br>Jennifer Marroquin,<br>Ira Porchia,<br>Phillip Pierschbacher,<br>Cherry Ave Middle School,<br>&Does 1-100<br><br>Defendants. | Case No.: 1:22-CV-00045-JLT-BAM<br><br>PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)<br><br>Action Filed: January 11, 2022<br>Trial Date: TBA |

To: **TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:**

**NOTICE IS HEREBY GIVEN that**

Under Federal Rule 41. Dismissal of Actions (a) Voluntary Dismissal. (1) By the Plaintiff (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; …"

It is the position of the Plaintiff, Guida Dennis, that all parties be NOTICED that this action shall be voluntarily dismissed without prejudice, case number: 1:22-CV-00045-JLT-BAM.

Respectfully Submitted,

_____
Howard L. Williams

Date: June 30, 2022

1

**PROOF OF SERVICE**

I, Howard Williams, hereby certify I am over the age of eighteen years, and I am not a party to this action. My business address is 910 Court St, Martinez, CA 94553-1731. On June 30, 2022, I caused to be e-served the attached **NOTICE OF DISMISSAL** in this action by uploading a true and correct copy thereof, in PDF format. I also included a courtesy copy, via email to the following parties' counsel of record and all the interested parties in this action whose information is as follows:

James D. Weakley, Esq. Bar No. 082853
Leslie M. Dillahunty, Esq. Bar No. 195262
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
leslie@walaw-fresno.com

Kathleen A. Taylor
Chief Deputy County Counsel
County of Tulare
(559) 636-4950
KTaylor@tularecounty.ca.gov

I declare, that I executed this on the date 6/30/2022, served all parties above via e-service; and I declare under penalty of perjury under the laws of California that the above is true and correct.

_____
Howard L. Williams